UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAISRAVAN BHARADWAJ KARRI, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCLARO INC., et al.,<br><br>Defendants. | Case No.18-cv-03435-JD<br><br>**ORDER RE MOTION TO APPOINT LEAD PLAINTIFF AND COUNSEL**<br><br>Re: Dkt. No. 5 |

Plaintiff Karri's request for an order appointing him lead plaintiff and his attorneys as lead counsel under the Private Securities Litigation Reform Act is denied without prejudice. Dkt. No. 5. The published notice for the lawsuit did not advise readers of "the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i)(I); Dkt. No. 6-1. Karri also needs to "set[] forth all of [his] transactions . . . in the security that is the subject of the complaint during the class period specified in the complaint." § 78u-4(a)(2)(A)(iv). His certification refers to an "attached chart" of transactions, but no chart is attached to the certification. Dkt. No. 6-2.

A renewed motion should be filed by **December 26, 2018**. Failure to meet this deadline will result in dismissal of the case with prejudice under Federal Rule of Procedure 41(b). A renewed motion should advise the Court of any new actions asserting "substantially the same claim or claims" and any motions to consolidate such related actions. § 78u-4(a)(3)(B)(ii).

**IT IS SO ORDERED.**

Dated: September 27, 2018

JAMES DONATO
United States District Judge