UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAISRAVAN BHARADWAJ KARRI, <br> Plaintiff, <br> v. <br> OCLARO INC., et al., <br> Defendants. | Case No.18-cv-03435-JD <br><br> **ORDER RE APPOINTMENT OF LEAD PLAINTIFF AND COUNSEL** <br> Re: Dkt. No. 13 |

In this putative securities class action, plaintiff SaiSravan Bharadwaj Karri has filed a motion to be appointed lead plaintiff pursuant to the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B). Dkt. No. 13. The motion is unopposed.

Karri is the sole plaintiff in this action. While other cases were filed against some of the same defendants, they have since been voluntarily dismissed. Dkt. No. 13 at 2 n.3. Karri is the only putative class member seeking to serve as lead plaintiff. He has met the certification requirements of Section 78u-4(a)(2)(A), including ownership of 4,700 shares of Oclaro, Inc. common stock prior to the consummation of its merger with Lumentum Holdings, Inc. He has established the largest financial interest in the relief sought by the class. § 78u-4(a)(3)(B)(iii). He has also provided notice to putative class members in a widely circulated national business-oriented publication in accordance with the PSLRA's requirements and the Court's prior order. Dkt. No. 12. No one has filed an objection or challenge of any kind. Consequently, the Court appoints SaiSravan Bharadwaj Karri as lead plaintiff in this action.

Karri asks the Court to appoint the law firm of Monteverde & Associates PC to represent the class as lead counsel. 15 U.S.C. § 78u-4(a)(3)(B)(v). Dkt. No. 13. Because no objections have been raised, the Court allows Karri's choice of counsel and appoints Monteverde & Associates PC as lead counsel to the putative class.

**IT IS SO ORDERED.**

Dated: January 15, 2019

JAMES DONATO
United States District Judge